Case 16-23761-CMB    Doc 24    Filed 11/21/16    Entered 11/21/16 14:45:56    Desc Main
Document    Page 1 of 1

FILED
11/21/16 2:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Stipetich _____ JAD/TPA/CMB/GLT
Date of Meeting: 11/14/16
Case Number: 16-23761    Recording # 8
Debtor(s) present ✓ or Not Present ___ (___ No Payments Made or ___ partial payments)
Attorney for debtor(s) Roberto Kuruse (Present ✓ or Not Present ___)
Date of Plan at § 341: 10-6-16    Applicable commitment period ✓ 3 yrs ___ 5 yrs

2009 ch 7

2nd mortg to be added to plan
Number of Lease pmts to be verified

___ ✓ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
                                    ___ Order to Show Cause Requested
                                    ___ To be rescheduled by Clerk

___ ✓ Confirmation Order recommended ___ Final ___ Interim
___ ✓ Amended Plan due: 12-5-16 ; Objections due: 12-27-16

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___ ✓ Continued to:
     ___ 341 Meeting    OR    ✓ Conciliation Conf. OR ___ *Contested Hearing
On 1-5-17    at 1:00    am/pm Location ___

_____
Chapter 13 Trustee/Attorney for Trustee