**Form 314**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Robert Stipetich** | : | Case No. 16–23761–CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | Next Hearing Date: January 5, 2017 at |
| | : | 1:00 pm |

## ORDER

      **AND NOW,** this **21st day of November, 2016,** as a result of the Proceeding held on November 14, 2016, it is hereby **ORDERED, ADJUDGED and DECREED** as follows: (only the provisions checked below apply to this case).

☐      A.     The Parties cannot resolve the plan disputes, therefore, **on or before December 22, 2016,** all **Objections** to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. **Objections which are not timely filed will not be considered.**

      **On January 5, 2017 at 01:00 PM,** a Conciliation Conference is scheduled in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at which time the Proponent of any *Objection* to the *Plan* and Counsel for the Debtor(s) shall appear and mediate the issues raised in the *Objection*.

      If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☑      B.     **On or before December 5, 2016,** the Debtor shall file an **Amended Plan**, serving a copy of the *Amended Plan* and this *Order* on the Chapter 13 Trustee and all interested parties (all Parties listed on the current mailing matrix) and file a Certificate of Service with the Clerk of the Bankruptcy Court. *Failure to timely comply with the filing of the Amended Plan referred to in this Order will result in the automatic dismissal of this case without further notice or hearing.* **On or before December 22, 2016, Objections** to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. **Objections which are not timely filed will not be considered.**

      **On January 5, 2017 at 01:00 PM,** a Conciliation Conference is scheduled in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at which time the Proponent of any Objection to the Plan and Counsel for the Debtor(s) shall appear and mediate the issues raised in the Objection.

      If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

continued on reverse side or next page

☐    C.

It is **FURTHER ORDERED** that the Debtor shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due, *time being of the essence*. The first payment is due thirty (30) days after the Chapter 13 Plan has been filed. Any failure to make pre–confirmation payments to the Trustee may result in the dismissal of the case upon the Trustee.s written or oral motion made prior to the or at the plan confirmation hearing.

Carlota M. Böhm, Judge
United States Bankruptcy Court

If Paragraph A, above, is checked, Case Administrator to serve all Parties on the Mailing Matrix.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert Stipetich                                                    Case No. 16-23761-CMB
            Debtor                                                  Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: jhel           Page 1 of 1            Date Rcvd: Nov 21, 2016
                           Form ID: 314          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2016.
db            Robert Stipetich,    201 Charlemma Dr,    Pittsburgh, PA  15214-1413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2016 at the address(es) listed below:
            Aurelius P. Robleto    on behalf of Debtor Robert  Stipetich apr@robletolaw.com,
             rmk@robletolaw.com,lsr@robletolaw.com,dfe@robletolaw.com,apr@ecf.courtdrive.com
            Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
             ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
             rive.com
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
            S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
             Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                      TOTAL: 6