**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Robert Stipetich <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 16-23761 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4231

                  Respectfully submitted,

                  **/s/ James C. Warmbrodt, Esquire**
                  James C. Warmbrodt, Esquire
                  jwarmbrodt@kmllawgroup.com
                  Attorney I.D. No. 42524
                  KML Law Group, P.C.
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106
                  Phone: 215-825-6306
                  Fax: 215-825-6406
                  Attorney for Movant/Applicant