**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CASE NO. 16-23761** |
| **Robert Stipetich** | ) | |
| **Debtor** | ) | **Chapter 13** |
| | ) | **Document No. _____** |
| | ) | **Related to Doc. No. 30** |

## CONSENT ORDER MODIFYING JANUARY 9, 2017 ORDER

AND NOW, this _____ day of _____, 2017 upon consent of the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated January 9, 2017, it is

ORDERED that the January 9, 2017, Order of Court Confirming Plan as Modified and Setting Deadlines for Certain Actions is amended to provide in Part "1.C" that plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. A final plan conciliation conference will be held on _____, 2017 at _____ a.m./p.m. in the Office of the Chapter 13 Trustee, Suite 3251 US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. If objections are not resolved, a contested confirmation hearing will be scheduled at that time.

The January 9, 2017 order otherwise remains in full force and effect.

BY THE COURT:

_____
Carlota M. Bohm
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Jana S. Pail
Jana S. Pail – PA. I.D. #88910
Attorney for the Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ Aurelius P. Robleto
Aurelius P. Robleto  PA I.D. #94633
Attorney for Debtors
Three Gateway Center
 401 Liberty Avenue
Suite 1306
Pittsburgh PA 15222
412-925-8194
apr@robletolaw.com