**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>ROBERT STIPETICH,<br><br>    Debtor.<br>-------------------------------------------------<br>ROBERT STIPETICH,<br><br>    Movant,<br><br>        v.<br><br>ALLEGHENY COUNTY SHERIFF'S OFFICE,<br><br>    Respondent. | Case No. 16-23761-CMB<br><br>Chapter 13<br><br>Related to Doc. No. 37 |

**CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT WITH NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

    I certify under penalty of perjury that I served the above captioned pleadings on the party at the address specified below or on the attached list on October 4, 2017.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail.

Allegheny County Controllers Office
Allegheny County Courthouse
Attn: Payroll
436 Grant Ave., Room #104
Pittsburgh, PA 15219

| | |
|---|---|
| EXECUTED ON: October 4, 2017 | Respectfully submitted:<br><br>/s/ Aurelius P. Robleto<br>Aurelius P. Robleto<br>PA I.D. No. 94633<br>ROBLETO LAW, PLLC<br>Three Gateway Center<br>401 Liberty Avenue, Suite 1306<br>Tel:  (412) 925-8194<br>Fax: (412) 346-1035<br>apr@robletolaw.com |