**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

Robert Stipetich,

Debtor.

-------------------------------------------------

Case No. 16-23761-CMB

Chapter 13

Related to Doc. No. 43, 44

Doc. No. _____

**AMENDED CERTIFICATE OF SERVICE OF (I) NOTICE OF HEARING AND RESPONSE
DEADLINE REGARDING THE DEBTOR'S MOTION FOR AN ORDER GRANTING DEBTOR
THE AUTHORITY TO REPLACE A VEHICLE; AND (II) DEBTOR'S MOTION FOR AN
ORDER GRANTING DEBTOR THE AUTHORITY TO REPLACE A VEHICLE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 13, 2018.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was email via the ECF system and first-class mail.

EXECUTED ON: June 13, 2018

Respectfully submitted:

  /s/ Aurelius Robleto
Aurelius P. Robleto
PA ID No. 94633
ROBLETO LAW, PLLC
Three Gateway Center
401 Liberty Avenue, Suite 1306
Pittsburgh, PA 15222
Tel:  (412) 925-8194
Fax:  (412) 346-1035
apr@robletolaw.com

**PAWB Local Form 25 (07/13)**

**16-23761-CMB Notice will be electronically mailed to:**

Peter J. Ashcroft on behalf of Creditor Duquesne Light Company
pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Joshua I. Goldman on behalf of Creditor NATIONSTAR MORTGAGE LLC
bkgroup@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Aurelius P. Robleto on behalf of Debtor Robert Stipetich
apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

James Warmbrodt on behalf of Creditor NATIONSTAR MORTGAGE LLC
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by first-class mail:**

GM FINANCIAL
PO BOX 181145
Arlington, TX 76096