## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 16-23761-CMB |
| ROBERT STIPETICH, | Chapter 13 |
| Debtor. | Related to Doc. No. 43, 44 |
| ROBERT STIPETICH, | Doc. No. _____ |
| Movant, | Hearing Date: July 18, 2018 at 10:00 a.m. |
| v. | |
| GM FINANCIAL, INC. | |
| Respondent. | |

## CERTIFICATE OF NO OBJECTION TO
## MOTION FOR AN ORDER GRANTING DEBTOR AUTHORITY TO REPLACE VEHICLE

I certify that, as of the date hereof, I have not received an answer, objection or other responsive pleading to the Motion for an Order Granting Debtor Authority to Replace Vehicle (the "Motion").

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading appears thereon. Pursuant to the Notice of Hearing and Response Deadline Regarding the Motion for an Order Granting Debtor Authority to Replace Vehicle [doc. No. 44], responses to the Motion were due by July 2, 2018.

The undersigned respectfully requests that this Court enter the proposed order attached to the Motion.

2

EXECUTED ON:  July 3, 2018          Respectfully submitted,

  /s/ Aurelius Robleto
Aurelius Robleto
Pa. ID No. 94633
ROBLETO LAW, PLLC
Three Gateway Center
401 Liberty Avenue, Suite 1306
Pittsburgh, PA 15222
(412) 925-8194
(412) 346-1035
apr@robletolaw.com