IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

ROBERT STIPETICH,

    Debtor.

-------------------------------------------------

ROBERT STIPETICH,

    Movant,

    v.

GM FINANCIAL, INC.

    Respondent.

Case No. 16-23761-CMB

Chapter 13

Related to Doc. No. __43__

Doc. No. _____

**ENTERED BY DEFAULT**

## ORDER GRANTING THE DEBTOR AUTHORITY TO REPLACE A VEHICLE

Upon consideration of the Debtor's Motion for Authority to Replace a Vehicle, and notice appearing appropriate and good cause appearing therefor, it is hereby

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the Debtor may purchase a replacement vehicle for an amount not to exceed $25,000.00 or $400.00 per month; and it is further;

ORDERED that the Debtor shall file a report of financing within 30 days of the closing date of the approved loan; and it is further;

ORDERED that, if the Debtor finances a vehicle, he shall file an amended plan.

x~~ENTERED:~~
x~~XXXXXXXX~~

*Carlota M. Böhm*    dms
Carlota M. Bohm,
United States Bankruptcy Judge

FILED
7/5/18 1:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Order submitted by Aurelius Robleto.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert Stipetich  
    Debtor

Case No. 16-23761-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Jul 05, 2018  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2018.
db         Robert Stipetich,    201 Charlemma Dr,    Pittsburgh, PA    15214-1413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2018 at the address(es) listed below:
        Aurelius P. Robleto    on behalf of Debtor Robert Stipetich apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com  
        James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
        Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                             TOTAL: 7