IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br> ROBERT STIPETICH, <br> **Debtor** <br> <br> ACAR LEASING LTD <br> d/b/a GM FINANCIAL LEASING, <br> **Movant** <br> <br> v. <br> <br> ROBERT STIPETICH <br>   JENNIFER ANN STIPETICH, <br> **Respondent(s)** <br> <br> RONDA J. WINNECOUR, <br>   **Trustee** | Bankruptcy No. 16-23761-CMB <br> <br> Chapter 13 <br> <br> Related To Document No. 54 and 55 <br> <br> <br> **Response Deadline:  4/29/19** <br> <br> **Hearing Date:  5/8/19 at 10:00 AM** |

## CERTIFICATE OF SERVICE

    I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on April 11, 2019 I served by United States mail, first class, postage prepaid, the Notice Of Motion With Response Deadline and Hearing Date and a copy of the Motion For Relief From Stay And Co-Debtor Relief filed in this proceeding on:

| | | |
|---|---|---|
| Robert Stipetich <br> 201 Charlemma Dr. <br> Pittsburgh, PA 15214-1413 <br> (Debtor) | Jennifer Stipetich <br> 201 Charlemma Dr. <br> Pittsburgh, PA 15214-1413 <br> (Co- Debtor) | Aurelius P. Robleto, Esq. <br> Robleto Law <br> Three Gateway Center <br> 401 Liberty Avenue <br> Suite 1306 <br> Pittsburgh, PA 15222 <br> (Attorney For Debtor) |
| | Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 <br> (Trustee) | Office of the United States Trustee <br> Liberty Center <br> 1001 Liberty Avenue, Suite 970 <br> Pittsburgh, PA 15222 <br> (U.S. Trustee) |

    I certify under penalty of perjury that the foregoing is true and correct.

                                                  /s/ William E. Craig
                                                  William E. Craig, Esquire
                                                  PA ID # 92329
                                                  Morton & Craig LLC
                                                  110 Marter Avenue, Suite 301
                                                  Moorestown, NJ 08057
                                                  bcraig@mortoncraig.com
                                                  (856) 866-0100