IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ROBERT STIPETICH, ) | Bankruptcy No. 16-23761-CMB |
| **Debtor** ) | |
| ) | Chapter 13 |
| ACAR LEASING LTD ) | |
| d/b/a GM FINANCIAL LEASING, ) | |
| **Movant** ) | Related To Document No. 54 |
| ) | |
| v. ) | |
| ROBERT STIPETICH ) | **Response Deadline:  4/29/19** |
| JENNIFER ANN STIPETICH, ) | |
| **Respondent(s)** ) | **Hearing Date:  5/8/19 at 10:00 AM** |
| ) | |
| RONDA J. WINNECOUR, ) | |
| **Trustee** | |

# ENTERED BY DEFAULT
## ORDER OF COURT

AND NOW, this \_\_\_\_6th\_\_\_\_ day of \_\_\_\_May_____, 2019, it is hereby **ORDERED** that the Motion For Relief From The Automatic Stay And Co-Debtor Stay is GRANTED.

Movant ACAR Leasing LTD, d/b/a GM Financial Leasing is permitted to enforce its rights in the property described as a **2015 GMC Terrain** bearing vehicle identification number 2GKFLVEK0F6335661, to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law, including but not limited to repossession of said property.

FILED
5/6/19 3:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*  dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert Stipetich
    Debtor

Case No. 16-23761-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: May 06, 2019
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2019.
db         Robert Stipetich,    201 Charlemma Dr,    Pittsburgh, PA   15214-1413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2019 at the address(es) listed below:
          Aurelius P. Robleto    on behalf of Debtor Robert  Stipetich apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
          James  Warmbrodt    on behalf of Creditor  NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor  NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Lisa  Cancanon    on behalf of Creditor  Specialized Loan Servicing LLC lisac@w-legal.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor  Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor  Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          William E. Craig    on behalf of Creditor  ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                  TOTAL: 9