Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robert Stipetich**
Debtor(s)

Bankruptcy Case No.: 16−23761−CMB

Chapter: 13
Docket No.: 63 − 62
Concil. Conf.: January 16, 2020 at 11:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 25, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **December 9, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 16, 2020** at **11:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: October 9, 2019

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee  
P.O. Box 84051  
Chicago, IL 60689–4002

```
United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-23761-CMB
Robert Stipetich                                                        Chapter 13
        Debtor                          CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw                   Page 1 of 2             Date Rcvd: Oct 09, 2019
                              Form ID: 410                 Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
db             Robert Stipetich,    201 Charlemma Dr,    Pittsburgh, PA 15214-1413
cr            +ACAR Leasing LTD d/b/a GM Financial Leasing,     4000 Embarcadero Dr.,   Arlington, TX 76014-4101
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
cr            +SPECIALIZED LOAN SERVICING, LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, CO 80129-2386
cr            +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
14301882       ACAR Leasing, LTD d/b/a GM Financial Leasing,     PO Box 183853,   Arlington, TX 76096-3853
14301872       Barclays Bank Delaware,    PO Box 8803,   Wilmington, DE 19899-8803
14301874       Chase,   Attn: Correspondence Dept.,    PO Box 15298,    Wilmington, DE 19850-5298
14301875       Children’s Express Care,    11279 Perry Hwy Ste 450,    Wexford, PA 15090-9303
14301880       Fed Loan Serv,    PO Box 60610,   Harrisburg, PA 17106-0610
14301884      +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
14301886     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage,      350 Highland Dr,
               Lewisville, TX 75067-4177)
14301888       Quest Diagnostics,    PO Box 740717,   Cincinnati, OH 45274-0717
14301889       Sears/Cbna,    PO Box 6282,   Sioux Falls, SD 57117-6282
14756576      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
14301892       Thd/Cbna,    PO Box 6497,   Sioux Falls, SD 57117-6497
14361665       U.S. Department of Education,    c/o Fedloan Servicing,    P.O. Box 69184,
               Harrisburg, PA 17106-9184
14301893       UPMC Health Services,    PO Box 371472,   Pittsburgh, PA 15250-7472
14301894       Wells Fargo Home Projects Visa,    MAC #X2302-04C,    PO Box 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: rmscedi@recoverycorp.com Oct 10 2019 03:14:33
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
               Miami, FL 33131-1605
14330362       E-mail/Text: ally@ebn.phinsolutions.com Oct 10 2019 03:17:28      Ally Bank,   PO Box 130424,
               Roseville MN 55113-0004
14301871       E-mail/Text: ally@ebn.phinsolutions.com Oct 10 2019 03:17:28      Ally Financial,
               200 Renaissance Ctr,    Detroit, MI 48243-1300
14301873       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 10 2019 03:28:25
               Capital One Bank USA N,    15000 Capital One Dr,   Richmond, VA 23238-1119
14344643      +E-mail/Text: bankruptcy@cavps.com Oct 10 2019 03:18:47      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14301876       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 10 2019 03:17:48      Comenity Bank,
               PO Box 182125,   Columbus, OH 43218-2125
14301877       E-mail/PDF: creditonebknotifications@resurgent.com Oct 10 2019 03:15:02      Credit One Bank NA,
               PO Box 98875,   Las Vegas, NV 89193-8875
14307715       E-mail/Text: mrdiscen@discover.com Oct 10 2019 03:17:29      Discover Bank,
               Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
14301878       E-mail/Text: mrdiscen@discover.com Oct 10 2019 03:17:29      Discover Fin Svcs LLC,
               PO Box 15316,   Wilmington, DE 19850-5316
14364171      +E-mail/Text: kburkley@bernsteinlaw.com Oct 10 2019 03:19:08      Duquesne Light Company,
               c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
14301881       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Oct 10 2019 03:17:43      Gm Financial,
               PO Box 181145,   Arlington, TX 76096-1145
14344255       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 10 2019 03:15:03
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14360720       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 10 2019 03:15:05
               LVNV Funding, LLC its successors and assigns as,    assignee of ACL Consumer Loan Trust IV,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14745430       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 10 2019 03:27:48
               LVNV Funding, LLC its successors and assigns as as,    PO Box 10587,
               Greenville, SC 29603-0587
14301883       E-mail/Text: bk@lendingclub.com Oct 10 2019 03:18:54      Lending Club Corp,
               71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
14349011      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 10 2019 03:18:27      Midland Funding LLC,
               PO Box 2011,   Warren, MI 48090-2011
14301887       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 10 2019 03:18:03      PA Dept. of Revenue,
               Department 280946,    PO Box 280946,   Harrisburg, PA 17128-0946
14362082       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 10 2019 03:14:59
               Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14302799       E-mail/PDF: rmscedi@recoverycorp.com Oct 10 2019 03:14:33
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
14301890       E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2019 03:14:54      Syncb/hh Gregg,   PO Box 965036,
               Orlando, FL 32896-5036
```

```
District/off: 0315-2             User: dsaw                  Page 2 of 2                  Date Rcvd: Oct 09, 2019
                                 Form ID: 410                Total Noticed: 40

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14301891          E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2019 03:14:28      Syncb/lowes,   PO Box 965005,
                   Orlando, FL   32896-5005
                                                                                             TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              NATIONSTAR MORTGAGE LLC
cr*            +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14363072*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage LLC,    Attn: Bankruptcy Dept.,   P.O. Box 619096,
                 Dallas, TX 75261-9741)
14882047*      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14301879      ##Elevated Recoveries,    PO Box 260804,    Plano, TX   75026-0804
                                                                                    TOTALS: 2, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2019 at the address(es) listed below:
              Aurelius P. Robleto    on behalf of Debtor Robert   Stipetich apr@robletolaw.com,
               rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
              James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Lisa   Cancanon    on behalf of Creditor     Specialized Loan Servicing LLC lisac@w-legal.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 9
```