# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br> ROBERT STIPETICH, <br>   Debtor. <br> ------------------------------------------------ <br> ROBERT STIPETICH, <br>   Movant, <br>       v. <br> ALLEGHENY COUNTY <br> SHERIFF'S OFFICE, <br>   Respondent. | Case No. 16-23761-CMB <br><br> Chapter 13 <br><br> Related to Doc. No. 75 <br><br> Doc. No. 76 |

**CERTIFICATE OF SERVICE OF CERTIFICATE OF (i) ORDER GRANTING
EX PARTE MOTION TO TERMINATE WAGE ATTACHMENT;
and (ii) NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on the date shown below.

The types of service made on the parties was electronic service via the ECF system and U.S. Mail.

EXECUTED ON:  December 16, 2019         Respectfully submitted:

                                         /s/ Aurelius Robleto
                                        Aurelius Robleto
                                        PA ID No. 94633
                                        Renee M. Kuruce
                                        PA ID No. 314691
                                        ROBLETO KURUCE, PLLC
                                        6101 Penn Avenue, Suite 201
                                        Pittsburgh, PA 15206
                                        (412) 925-8194
                                        (412) 346-1035 Facsimile
                                        apr@robletolaw.com

**16-23761-CMB Notice will be sent by U.S. Mail to:**

Allegheny County Sheriff's Office c/o:

> Allegheny County Controllers Office
> Allegheny County Courthouse
> Attn: Payroll
> 436 Grant Ave., Room #104
> Pittsburgh, PA 15219

**16-23761-CMB Notice will be electronically mailed to:**

Peter J. Ashcroft on behalf of Creditor Duquesne Light Company
pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Lisa Cancanon on behalf of Creditor Specialized Loan Servicing LLC
lisac@w-legal.com

William E. Craig on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing
ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

Joshua I. Goldman on behalf of Creditor NATIONSTAR MORTGAGE LLC
bkgroup@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Aurelius P. Robleto on behalf of Debtor Robert Stipetich
apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

James Warmbrodt on behalf of Creditor NATIONSTAR MORTGAGE LLC
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com