# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>ROBERT STIPETICH,<br>    Debtor.<br>------------------------------------------------<br>ROBERT STIPETICH,<br>    Movant,<br>    v.<br>ALLEGHENY COUNTY SHERIFF'S OFFICE,<br>    Respondent. | Case No. 16-23761-CMB<br><br>Chapter 13<br><br>Motion No. ☒ WO-1<br>Motion No. ☐ WO-2<br><br>Related to Doc. No. 37, 70<br><br>Doc. No. __70__ |

## ORDER GRANTING EX PARTE MOTION TO TERMINATE WAGE ATTACHMENT

Upon consideration of the Debtor's Motion to Terminate Order Directing Respondent to Pay Trustee Pursuant to Wage Attachment, and notice appearing appropriate and good cause appearing therefor, it is hereby

ORDERED that the October 4, 2017 Order directing the Allegheny County Sheriff's Office to remit wages [doc. no. 37] is hereby VACATED; and it is further

ORDERED that the Debtor shall serve a copy of this Order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the Debtor's full Social Security Number on the above-named entity. The Debtor shall file a certificate of service regarding service of this Order and Local Bankruptcy Form 12, but the Social Security Number shall not be included on the certificate; and it is further

ORDERED that this Court shall retain jurisdiction over the interpretation and enforcement of this Order.

ENTERED:   12/16/2019

*Carlota M. Böhm* dmk

Carlota M. Böhm, Chief Judge
United States Bankruptcy Court

FILED
12/16/19 10:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert Stipetich  
    Debtor  

Case No. 16-23761-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dsaw    Page 1 of 1    Date Rcvd: Dec 16, 2019  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2019.  
db         Robert Stipetich,    201 Charlemma Dr,    Pittsburgh, PA   15214-1413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2019 at the address(es) listed below:  
         Aurelius P. Robleto    on behalf of Debtor Robert  Stipetich apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com  
         James  Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
         Joshua I. Goldman    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
         Lisa  Cancanon    on behalf of Creditor   Specialized Loan Servicing LLC lisac@w-legal.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
         William E. Craig    on behalf of Creditor   ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                            TOTAL: 9