**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

02/13/2020

IN RE:

ROBERT STIPETICH
201 CHARLEMMA DR
PITTSBURGH, PA 15214-1413
XXX-XX-1150          Debtor(s)

Case No.16-23761 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/13/2020

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131-1605 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LOWES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 1889/PRAE |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 217.76<br>COMMENT: NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1150 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE  19850 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: NC<br>CLAIM: 0.00<br>COMMENT: NT PROV/PL*2ND/SCH*CLOSED OFF /JSP | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 4954 |
| **SPECIALIZED LOAN SERVICING LLC**<br>PO BOX 636007<br>LITTLETON, CO  80163 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 0.00<br>COMMENT: 1011.11/PL*1007.76 X (36+2)=LMT*BGN 11/16*FR NTNSTAR-DOC 40*FR SPLZD LN S | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 9126 |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 812.98<br>COMMENT: AUTO LEASE BALANCE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0795 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 2,358.78<br>COMMENT: BARCLAYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6294 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 2,614.43<br>COMMENT: CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8581 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 2,559.40<br>COMMENT: CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3005 |
| **CHILDRENS EXPRESS CARE**<br>11279 PERRY HWY STE 450<br>WEXFORD, PA  15090 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8556 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 951.59<br>COMMENT: CREDIT ONE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6485 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 7 | CLAIM: 531.93<br>COMMENT: CREDIT ONE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7727 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 1 | CLAIM: 996.61<br>COMMENT: LAST TRANSACTION: 8/26/16 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1210 |
| **ELEVATED RECOVERIES++**<br>PO BOX 260804<br>PLANO, TX  75026-0804 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3038 |
| **US DEPARTMENT OF EDUCATION**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br>ST LOUIS, MO  63179 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 11-2 | CLAIM: 32,971.12<br>COMMENT: 0001/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1150 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 10-2 | CLAIM: 14,614.83<br>COMMENT: ACL CONSUMER LOAN*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3064 |
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD  21236 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 4 | CLAIM: 3,757.75<br>COMMENT: LOAN TAKEN: 8/24/16 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6715 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: 15/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **QUEST DIAGNOSTICS**<br>MR 461<br>POB 4911<br>SOUTH EASTERN, PA  19398-4911 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6132 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 13 | CLAIM: 138.68<br>COMMENT: SEARS CARD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9766 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 8 | CLAIM: 296.79<br>COMMENT: HH GREGG~SYNCHRONY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4548 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 1,132.66<br>COMMENT: SYNCHRONY~LOWES | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1889 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 523.81<br>COMMENT: THE HOME DEPOT~CITIBANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2142 |
| **UPMC HEALTH SERVICES**<br>PO BOX 371472<br>PITTSBURGH, PA 15250 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ACAR LEASING LTD D/B/A GM FINANCIAL LEAS**<br>75 REMITTANCE DR STE 1738<br>CHICAGO, IL 60675-1738 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 2-2<br>CLAIM: 7,097.34<br>COMMENT: RS/DOE*CL2GOVS*$308.58MO/PL-CL*REM PMTS SLNT/PL*/SCH G*GM FINANCING/ | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3422 |
| **ACAR LEASING LTD D/B/A GM FINANCIAL LEAS**<br>75 REMITTANCE DR STE 1738<br>CHICAGO, IL 60675-1738 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 15,697.15<br>COMMENT: CL3GOVS*PMT/CONF OE*REM PMTS SLNT/PL*/SCH G*GM FINANCING/PL | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 6607 |
| **JENNIFER STIPETICH**<br>201 CHARLEMMA DR<br>PITTSBURGH, PA 15214-1413 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH H | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CLERK, U S BANKRUPTCY COURT**<br>ATTN: FILING FEE CLERK<br>600 GRANT ST 5414 US STEEL TWR<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 310.00<br>COMMENT: FEES/PL | | CRED DESC: FILING FEES<br>ACCOUNT NO.: 16-23761-CMB |
| **SPECIALIZED LOAN SERVICING LLC**<br>PO BOX 636007<br>LITTLETON, CO 80163 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 1,474.21<br>COMMENT: 4456.02/PL*THRU 10/16*FR NATIONSTAR MTG-DOC 40*FR SPECIALIZED LOAN SER | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 9126 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 36.10<br>COMMENT: $PL*0%-CONF OE*NO PRI/SCH | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1150 |

| CLAIM RECORDS | | |
|---|---|---|
| **WILLIAM CRAIG ESQ** | Trustee Claim Number:31  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| MORTON AND CRAIG | Court Claim Number: | ACCOUNT NO.: |
| 110 MARTER AVE STE 301 | | |
| | CLAIM: 0.00 | |
| MOORESTOWN, NJ 08057 | COMMENT: ACAR LEASING~GM FNCL LEASING/PRAE | |
| | | |
| **ACAR LEASING LTD D/B/A GM FINANCIAL LEAS** | Trustee Claim Number:32  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 183853 | Court Claim Number:2-2 | ACCOUNT NO.: 3422 |
| | CLAIM: 1,189.88 | |
| ARLINGTON, TX 76096 | COMMENT: NO GEN UNS/SCH*AMD*W/24 | |