**Fill in this information to identify the case:**

Debtor 1: **ROBERT STIPETICH**

Debtor 2 (Spouse, if filing):

Unites States Bankruptcy Court for the: **Western District of Pennsylvania**
(State)

Case Number: **16-23761CMB**

# Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

Name of creditor: **SPECIALIZED LOAN SERVICING LLC**

Court claim no. (if known): **14**

Last 4 digits of any number you use to identify the debtor's account: **9 1 2 6**

Property Address: **201 CHARLEMMA DR, PITTSBURGH PA 15214**

## Part 2: Cure Amount

**Total cure disbursments made by the trustee:** | Amount
---|---

| | |
|---|---|
| a. Allowed prepetition arrearage: | (a) $ 1,474.21 |
| b. Prepetition arrearage paid by the trustee: | (b) $ 1,474.21 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ 0.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ 0.00 |
| e. Allowed postpetition arrearage: | (e) $ 0.00 |
| f. Postpetition arrearage paid by the trustee: | + (f) $ 0.00 |
| g. **Total.** Add lines b, d, and f. | (g) $ 1,474.21 |

## Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment: $ $1,052.87

The next postpetition payment is due on: **1 / 1 / 2020** (MM / DD / YYYY)

☐ Mortgage is paid directly by the debtor(s).

---

Form 4100N | **Notice of Final Cure Payment** | page 1

| Debtor 1 | **ROBERT STIPETICH** | Case number *(if known)* | **16-23761CMB** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

X /s/ Ronda J. Winnecour                                    Date  04/07/2020
Signature

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | **ROBERT STIPETICH** | Case number *(if known)* | **16-23761CMB** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 04/26/2019 | 1116880 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 341.71 |
| 05/24/2019 | 1120272 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 343.24 |
| 06/25/2019 | 1123678 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 343.24 |
| 07/29/2019 | 1127127 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 358.02 |
| 08/27/2019 | 1130618 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 88.00 |
| | | | | 1,474.21 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 01/27/2017 | 1028125 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 2,508.03 |
| 02/24/2017 | 1031534 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 742.42 |
| 03/28/2017 | 1034970 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 789.51 |
| 04/21/2017 | 1038254 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 819.09 |
| 05/25/2017 | 1041536 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 838.33 |
| 06/27/2017 | 1044918 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,278.41 |
| 07/25/2017 | 1048235 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 863.20 |
| 08/25/2017 | 1051585 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 897.67 |
| 09/26/2017 | 1054910 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 932.40 |
| 10/25/2017 | 1058269 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 949.81 |
| 11/21/2017 | 1061519 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 972.96 |
| 12/21/2017 | 1064824 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 986.34 |
| 01/25/2018 | 1068737 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,494.08 |
| 02/23/2018 | 1071903 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,004.27 |
| 03/28/2018 | 1075109 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,009.84 |
| 04/24/2018 | 1078337 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,014.15 |
| 05/25/2018 | 1081620 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,021.82 |
| 06/22/2018 | 1084736 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,022.05 |
| 07/26/2018 | 1087979 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,529.79 |
| 08/28/2018 | 1091206 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,095.96 |
| 09/25/2018 | 1094331 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,155.38 |
| 10/29/2018 | 1097581 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 599.02 |
| 11/27/2018 | 1100692 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,202.57 |
| 12/21/2018 | 1103785 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 611.19 |
| 01/25/2019 | 1107040 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,834.39 |
| 02/25/2019 | 1110266 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,228.35 |
| 03/25/2019 | 1113560 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,234.21 |
| 04/26/2019 | 1116880 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,605.32 |
| 05/24/2019 | 1120272 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,007.76 |
| 06/25/2019 | 1123678 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,007.76 |
| 07/29/2019 | 1127127 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,007.76 |
| 08/27/2019 | 1130618 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,007.76 |
| 09/24/2019 | 1133856 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,007.76 |
| 10/24/2019 | 1137250 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,007.76 |
| 11/25/2019 | 1140700 | SPECIALIZED LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,595.49 |
| | | | | 38,882.61 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

ROBERT STIPETICH
201 CHARLEMMA DR
PITTSBURGH, PA  15214-1413

AURELIUS P ROBLETO ESQ**
ROBLETO LAW PLLC
6101 PENN AVE STE 201
PITTSBURGH, PA  15206

SPECIALIZED LOAN SERVICING LLC
PO BOX 636007
LITTLETON, CO  80163

SPECIALIZED LOAN SERVICING
8742 LUCENT BLVD STE 300
HIGHLANDS RANCH, CO  80129

BONIAL & ASSOCIATES PC
14841 DALLAS PARKWAY, SUITE 425
DALLAS, TX  75254


4/7/20                                                          /s/ Roberta Saunier
                                                                Administrative Assistant
                                                                Office of the Chapter 13 Trustee