**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Robert Stipetich**
Debtor(s)

Bankruptcy Case No.: 16−23761−CMB

Chapter: 13
Docket No.: 85 − 84

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 27th of April, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/11/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/24/20 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/11/20.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania

In re:                                                              Case No. 16-23761-CMB
Robert Stipetich                                                    Chapter 13
        Debtor                  CERTIFICATE OF NOTICE

District/off: 0315-2    User: dsaw           Page 1 of 2           Date Rcvd: Apr 27, 2020
                        Form ID: 408         Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2020.
db             Robert Stipetich,    201 Charlemma Dr,    Pittsburgh, PA 15214-1413
cr            +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,    Arlington, TX 76014-4101
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
cr            +SPECIALIZED LOAN SERVICING, LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, CO 80129-2386
cr            +Specialized Loan Servicing LLC,    P.O. Box 9013,    Addison, TX 75001-9013
cr            +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
14301882       ACAR Leasing, LTD d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
14301872       Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
14301875       Children's Express Care,    11279 Perry Hwy Ste 450,    Wexford, PA 15090-9303
14301880       Fed Loan Serv,    PO Box 60610,    Harrisburg, PA 17106-0610
14301884      +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
14301886     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage,    350 Highland Dr,
               Lewisville, TX 75067-4177)
14301888       Quest Diagnostics,    PO Box 740717,    Cincinnati, OH 45274-0717
14301889       Sears/Cbna,    PO Box 6282,    Sioux Falls, SD 57117-6282
14756576      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
14301892       Thd/Cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
14361665       U.S. Department of Education,    c/o Fedloan Servicing,    P.O. Box 69184,
               Harrisburg, PA 17106-9184
14301893       UPMC Health Services,    PO Box 371472,    Pittsburgh, PA 15250-7472
14301894       Wells Fargo Home Projects Visa,    MAC #X2302-04C,    PO Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: rmscedi@recoverycorp.com Apr 28 2020 02:58:04
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
               Miami, FL 33131-1605
14330362       E-mail/Text: ally@ebn.phinsolutions.com Apr 28 2020 02:59:38     Ally Bank,    PO Box 130424,
               Roseville MN 55113-0004
14301871       E-mail/Text: ally@ebn.phinsolutions.com Apr 28 2020 02:59:38     Ally Financial,
               200 Renaissance Ctr,    Detroit, MI 48243-1300
14301873       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 28 2020 02:57:17
               Capital One Bank USA N,    15000 Capital One Dr,    Richmond, VA 23238-1119
14344643      +E-mail/Text: bankruptcy@cavps.com Apr 28 2020 02:59:58     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14301876       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 28 2020 02:59:43     Comenity Bank,
               PO Box 182125,    Columbus, OH 43218-2125
14301877       E-mail/PDF: creditonebknotifications@resurgent.com Apr 28 2020 02:57:23     Credit One Bank NA,
               PO Box 98875,    Las Vegas, NV 89193-8875
14307715       E-mail/Text: mrdiscen@discover.com Apr 28 2020 02:59:39     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14301878       E-mail/Text: mrdiscen@discover.com Apr 28 2020 02:59:39     Discover Fin Svcs LLC,
               PO Box 15316,    Wilmington, DE 19850-5316
14364171      +E-mail/Text: kburkley@bernsteinlaw.com Apr 28 2020 03:00:03     Duquesne Light Company,
               c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
14301881       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 28 2020 02:59:42     Gm Financial,
               PO Box 181145,    Arlington, TX 76096-1145
14301874       E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 28 2020 02:58:02     Chase,
               Attn: Correspondence Dept.,    PO Box 15298,    Wilmington, DE 19850-5298
14344255       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 28 2020 02:57:24
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14360720       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 28 2020 02:57:24
               LVNV Funding, LLC its successors and assigns as,    assignee of ACL Consumer Loan Trust IV,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14745430       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 28 2020 02:57:23
               LVNV Funding, LLC its successors and assigns as as,    PO Box 10587,
               Greenville, SC 29603-0587
14301883       E-mail/Text: bk@lendingclub.com Apr 28 2020 03:00:00     Lending Club Corp,
               71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
14349011      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 28 2020 02:59:53     Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
14301887       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 28 2020 02:59:50     PA Dept. of Revenue,
               Department 280946,    PO Box 280946,    Harrisburg, PA 17128-0946
14362082       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 28 2020 02:56:45
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14302799       E-mail/PDF: rmscedi@recoverycorp.com Apr 28 2020 02:57:19
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
```

```
District/off: 0315-2           User: dsaw                  Page 2 of 2                   Date Rcvd: Apr 27, 2020
                               Form ID: 408                Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14301890        E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2020 02:57:58      Syncb/hh Gregg,    PO Box 965036,
                 Orlando, FL   32896-5036
14301891        E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2020 02:57:58      Syncb/lowes,    PO Box 965005,
                 Orlando, FL   32896-5005
                                                                                                    TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              NATIONSTAR MORTGAGE LLC
cr*            +Specialized Loan Servicing LLC,    14841 DALLAS PARKWAY, SUITE 425,    Dallas, TX 75254-8067
cr*            +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14363072*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy Dept.,   P.O. Box 619096,
                 Dallas, TX 75261-9741)
14882047*      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14301879       ##Elevated Recoveries,   PO Box 260804,    Plano, TX   75026-0804
                                                                              TOTALS: 2, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2020 at the address(es) listed below:
```
          Aurelius P. Robleto    on behalf of Debtor Robert  Stipetich apr@robletolaw.com,
           rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com
          James  Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Lisa  Cancanon    on behalf of Creditor    Specialized Loan Servicing LLC lisac@w-legal.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
           ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 9
```