**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROBERT STIPETICH<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:16-23761<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

| | |
|---|---|
| April 27, 2020 | /s/   Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/06/2016 and confirmed on 1/9/17. The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 73,730.90 |
| Less Refunds to Debtor | 2,298.78 | |
| TOTAL AMOUNT OF PLAN FUND | | 71,432.12 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,868.00 | |
|    Trustee Fee | 3,160.22 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,028.22 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   SPECIALIZED LOAN SERVICING LLC | 0.00 | 38,882.61 | 0.00 | 38,882.61 |
|     Acct: 9126 | | | | |
|   SPECIALIZED LOAN SERVICING LLC | 1,474.21 | 1,474.21 | 0.00 | 1,474.21 |
|     Acct: 9126 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4954 | | | | |
| | | | | 40,356.82 |
| **Priority** | | | | |
|   AURELIUS P ROBLETO ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT STIPETICH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT STIPETICH | 2,298.78 | 2,298.78 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBLETO LAW PLLC | 2,868.00 | 2,868.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ACAR LEASING LTD D/B/A GM FINANCIAL | 7,097.34 | 7,097.34 | 0.00 | 7,097.34 |
|     Acct: 3422 | | | | |
|   ACAR LEASING LTD D/B/A GM FINANCIAL | 15,697.15 | 15,697.15 | 0.00 | 15,697.15 |
|     Acct: 6607 | | | | |
|   PA DEPARTMENT OF REVENUE* | 36.10 | 36.10 | 0.00 | 36.10 |
|     Acct: 1150 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXXX-CMB | | | | |
| | | | | 23,140.59 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 217.76 | 6.32 | 0.00 | 6.32 |
|     Acct: 1150 | | | | |
|   ALLY BANK(*) | 812.98 | 23.60 | 0.00 | 23.60 |
|     Acct: 0795 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, L | 2,358.78 | 68.48 | 0.00 | 68.48 |
|     Acct: 6294 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, L | 2,614.43 | 75.90 | 0.00 | 75.90 |

16-23761 Page 2 of 3

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 8581 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, L | 2,559.40 | 74.30 | 0.00 | 74.30 |
| Acct: 3005 | | | | |
| CHILDRENS EXPRESS CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8556 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 951.59 | 27.62 | 0.00 | 27.62 |
| Acct: 6485 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 531.93 | 15.45 | 0.00 | 15.45 |
| Acct: 7727 | | | | |
| DISCOVER BANK(*) | 996.61 | 28.93 | 0.00 | 28.93 |
| Acct: 1210 | | | | |
| ELEVATED RECOVERIES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3038 | | | | |
| US DEPARTMENT OF EDUCATION | 32,971.12 | 957.22 | 0.00 | 957.22 |
| Acct: 1150 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 14,614.83 | 424.29 | 0.00 | 424.29 |
| Acct: 3064 | | | | |
| MARINER FINANCE LLC | 3,757.75 | 109.10 | 0.00 | 109.10 |
| Acct: 6715 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUEST DIAGNOSTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6132 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, L | 138.68 | 4.03 | 0.00 | 4.03 |
| Acct: 9766 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 296.79 | 8.62 | 0.00 | 8.62 |
| Acct: 4548 | | | | |
| MIDLAND FUNDING LLC | 1,132.66 | 32.88 | 0.00 | 32.88 |
| Acct: 1889 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, L | 523.81 | 15.21 | 0.00 | 15.21 |
| Acct: 2142 | | | | |
| UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ACAR LEASING LTD D/B/A GM FINANCIAL | 1,189.88 | 34.54 | 0.00 | 34.54 |
| Acct: 3422 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| JENNIFER STIPETICH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,906.49 |

TOTAL PAID TO CREDITORS                                                                  65,403.90

```
TOTAL
CLAIMED        23,140.59
PRIORITY        1,474.21
SECURED        65,669.00
```

Date: 04/27/2020                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　ROBERT STIPETICH<br><br>　　　　　　Debtor(s)<br><br>　　Ronda J. Winnecour<br>　　　　　Movant<br>　　　　vs.<br>　　No Repondents. | Case No.:16-23761<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                               BY THE COURT:

                                                               _____
                                                               U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-23761-CMB
Robert Stipetich                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dsaw    Page 1 of 2    Date Rcvd: Apr 27, 2020
                Form ID: pdf900    Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2020.

```
db              Robert Stipetich,    201 Charlemma Dr,    Pittsburgh, PA 15214-1413
cr             +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,    Arlington, TX 76014-4101
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr             +SPECIALIZED LOAN SERVICING, LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, CO 80129-2386
cr             +Specialized Loan Servicing LLC,    P.O. Box 9013,    Addison, TX 75001-9013
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
14301882        ACAR Leasing, LTD d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
14301872        Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
14301875        Children's Express Care,    11279 Perry Hwy Ste 450,    Wexford, PA 15090-9303
14301880        Fed Loan Serv,    PO Box 60610,    Harrisburg, PA 17106-0610
14301884       +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
14301886      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,    350 Highland Dr,
                 Lewisville, TX 75067-4177)
14301888        Quest Diagnostics,    PO Box 740717,    Cincinnati, OH 45274-0717
14301889        Sears/Cbna,    PO Box 6282,    Sioux Falls, SD 57117-6282
14756576       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14301892        Thd/Cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
14361665        U.S. Department of Education,    c/o Fedloan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
14301893        UPMC Health Services,    PO Box 371472,    Pittsburgh, PA 15250-7472
14301894        Wells Fargo Home Projects Visa,    MAC #X2302-04C,    PO Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr              E-mail/PDF: rmscedi@recoverycorp.com Apr 28 2020 02:58:05
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
14330362        E-mail/Text: ally@ebn.phinsolutions.com Apr 28 2020 02:59:38      Ally Bank,    PO Box 130424,
                 Roseville MN 55113-0004
14301871        E-mail/Text: ally@ebn.phinsolutions.com Apr 28 2020 02:59:38      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
14301873        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 28 2020 02:56:43
                 Capital One Bank USA N,    15000 Capital One Dr,    Richmond, VA 23238-1119
14344643       +E-mail/Text: bankruptcy@cavps.com Apr 28 2020 02:59:59      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14301876        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 28 2020 02:59:44      Comenity Bank,
                 PO Box 182125,    Columbus, OH 43218-2125
14301877        E-mail/PDF: creditonebknotifications@resurgent.com Apr 28 2020 02:56:46      Credit One Bank NA,
                 PO Box 98875,    Las Vegas, NV 89193-8875
14307715        E-mail/Text: mrdiscen@discover.com Apr 28 2020 02:59:39      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14301878        E-mail/Text: mrdiscen@discover.com Apr 28 2020 02:59:39      Discover Fin Svcs LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
14364171       +E-mail/Text: kburkley@bernsteinlaw.com Apr 28 2020 03:00:04      Duquesne Light Company,
                  c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14301881        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 28 2020 02:59:42      Gm Financial,
                 PO Box 181145,    Arlington, TX 76096-1145
14301874        E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 28 2020 02:56:42      Chase,
                 Attn: Correspondence Dept.,    PO Box 15298,    Wilmington, DE 19850-5298
14344255        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 28 2020 02:57:25
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14360720        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 28 2020 02:58:09
                 LVNV Funding, LLC its successors and assigns as,    assignee of ACL Consumer Loan Trust IV,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14745430        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 28 2020 02:56:47
                 LVNV Funding, LLC its successors and assigns as as,    PO Box 10587,
                 Greenville, SC 29603-0587
14301883        E-mail/Text: bk@lendingclub.com Apr 28 2020 03:00:00      Lending Club Corp,
                 71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
14349011       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 28 2020 02:59:53      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14301887        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 28 2020 02:59:50      PA Dept. of Revenue,
                 Department 280946,    PO Box 280946,    Harrisburg, PA 17128-0946
14362082        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 28 2020 02:58:08
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14302799        E-mail/PDF: rmscedi@recoverycorp.com Apr 28 2020 02:58:05
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
```

```
District/off: 0315-2           User: dsaw                  Page 2 of 2                   Date Rcvd: Apr 27, 2020
                               Form ID: pdf900             Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14301890        E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2020 02:57:15      Syncb/hh Gregg,    PO Box 965036,
                 Orlando, FL   32896-5036.
14301891        E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2020 02:57:15      Syncb/lowes,    PO Box 965005,
                 Orlando, FL   32896-5005
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              NATIONSTAR MORTGAGE LLC
cr*            +Specialized Loan Servicing LLC,    14841 DALLAS PARKWAY, SUITE 425,    Dallas, TX 75254-8067
cr*            +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14363072*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,     Attn: Bankruptcy Dept.,    P.O. Box 619096,
                 Dallas, TX 75261-9741)
14882047*      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14301879       ##Elevated Recoveries,    PO Box 260804,    Plano, TX   75026-0804
                                                                                       TOTALS: 2, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2020 at the address(es) listed below:
```
              Aurelius P. Robleto    on behalf of Debtor Robert  Stipetich apr@robletolaw.com,
               rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com
              James  Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Lisa  Cancanon    on behalf of Creditor    Specialized Loan Servicing LLC lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 9
```