**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    ROBERT STIPETICH<br><br>              Debtor(s)<br><br>    Ronda J. Winnecour<br>              Movant<br>        vs.<br>    No Repondents. | Case No.:16-23761<br><br>Chapter 13<br><br>Document No.:<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this ____15th____ day of ____June____, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
6/15/20 3:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE        dmk

```
                                 United States Bankruptcy Court
                                 Western District of Pennsylvania
In re:                                                                                  Case No. 16-23761-CMB
Robert Stipetich                                                                        Chapter 13
         Debtor
                                         CERTIFICATE OF NOTICE
District/off: 0315-2          User: dkam                  Page 1 of 2                   Date Rcvd: Jun 15, 2020
                              Form ID: pdf900             Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2020.
db             Robert Stipetich,    201 Charlemma Dr,    Pittsburgh, PA 15214-1413
cr            +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,    Arlington, TX 76014-4101
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
cr            +SPECIALIZED LOAN SERVICING, LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, CO 80129-2386
cr            +Specialized Loan Servicing LLC,    P.O. Box 9013,    Addison, TX 75001-9013
cr            +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
14301882       ACAR Leasing, LTD d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
14301872       Barclays Bank Delaware,    PO Box 8803,   Wilmington, DE 19899-8803
14301875       Children's Express Care,    11279 Perry Hwy Ste 450,    Wexford, PA 15090-9303
14301880       Fed Loan Serv,    PO Box 60610,   Harrisburg, PA 17106-0610
14301884      +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
14301886     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage,     350 Highland Dr,
               Lewisville, TX 75067-4177)
14301888       Quest Diagnostics,    PO Box 740717,   Cincinnati, OH 45274-0717
14301889       Sears/Cbna,    PO Box 6282,   Sioux Falls, SD 57117-6282
14756576      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
14301892       Thd/Cbna,    PO Box 6497,   Sioux Falls, SD 57117-6497
14361665       U.S. Department of Education,    c/o Fedloan Servicing,    P.O. Box 69184,
               Harrisburg, PA 17106-9184
14301893       UPMC Health Services,    PO Box 371472,   Pittsburgh, PA 15250-7472
14301894       Wells Fargo Home Projects Visa,    MAC #X2302-04C,    PO Box 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: rmscedi@recoverycorp.com Jun 16 2020 04:25:50
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
               Miami, FL 33131-1605
14330362       E-mail/Text: ally@ebn.phinsolutions.com Jun 16 2020 04:28:57     Ally Bank,    PO Box 130424,
               Roseville MN 55113-0004
14301871       E-mail/Text: ally@ebn.phinsolutions.com Jun 16 2020 04:28:57     Ally Financial,
               200 Renaissance Ctr,    Detroit, MI 48243-1300
14301873       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 16 2020 04:26:27
               Capital One Bank USA N,    15000 Capital One Dr,   Richmond, VA 23238-1119
14344643      +E-mail/Text: bankruptcy@cavps.com Jun 16 2020 04:29:40     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14301876       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 16 2020 04:29:07     Comenity Bank,
               PO Box 182125,    Columbus, OH 43218-2125
14301877       E-mail/PDF: creditonebknotifications@resurgent.com Jun 16 2020 04:26:32      Credit One Bank NA,
               PO Box 98875,    Las Vegas, NV 89193-8875
14307715       E-mail/Text: mrdiscen@discover.com Jun 16 2020 04:28:58     Discover Bank,
               Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
14301878       E-mail/Text: mrdiscen@discover.com Jun 16 2020 04:28:58     Discover Fin Svcs LLC,
               PO Box 15316,    Wilmington, DE 19850-5316
14364171      +E-mail/Text: kburkley@bernsteinlaw.com Jun 16 2020 04:29:54     Duquesne Light Company,
                c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
14301881       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 16 2020 04:29:05     Gm Financial,
               PO Box 181145,    Arlington, TX 76096-1145
14301874       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 16 2020 04:27:11     Chase,
               Attn: Correspondence Dept.,    PO Box 15298,   Wilmington, DE 19850-5298
14344255       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 16 2020 04:26:32
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14360720       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 16 2020 04:26:32
               LVNV Funding, LLC its successors and assigns as,    assignee of ACL Consumer Loan Trust IV,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14745430       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 16 2020 04:26:32
               LVNV Funding, LLC its successors and assigns as as,    PO Box 10587,
               Greenville, SC 29603-0587
14301883       E-mail/Text: bk@lendingclub.com Jun 16 2020 04:29:47     Lending Club Corp,
               71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
14349011      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 16 2020 04:29:29     Midland Funding LLC,
               PO Box 2011,   Warren, MI 48090-2011
14301887       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 16 2020 04:29:18     PA Dept. of Revenue,
               Department 280946,    PO Box 280946,   Harrisburg, PA 17128-0946
14362082       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 16 2020 04:27:21
               Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14302799       E-mail/PDF: rmscedi@recoverycorp.com Jun 16 2020 04:25:50
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
```

```
District/off: 0315-2           User: dkam                  Page 2 of 2                   Date Rcvd: Jun 15, 2020
                               Form ID: pdf900             Total Noticed: 41

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14301890       E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2020 04:25:42     Syncb/hh Gregg,    PO Box 965036,
                 Orlando, FL   32896-5036
14301891       E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2020 04:25:42     Syncb/lowes,    PO Box 965005,
                 Orlando, FL   32896-5005
                                                                                             TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              NATIONSTAR MORTGAGE LLC
cr*            +Specialized Loan Servicing LLC,    14841 DALLAS PARKWAY, SUITE 425,    Dallas, TX 75254-8067
cr*            +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14363072*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy Dept.,    P.O. Box 619096,
                 Dallas, TX 75261-9741)
14882047*      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14301879      ##Elevated Recoveries,    PO Box 260804,    Plano, TX   75026-0804
                                                                                             TOTALS: 2, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2020 at the address(es) listed below:
          Aurelius P. Robleto    on behalf of Debtor Robert  Stipetich apr@robletolaw.com,
           rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com
          James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com
          Lisa  Cancanon    on behalf of Creditor    Specialized Loan Servicing LLC lisac@w-legal.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
           ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 9
```